UNITED STATES DISTRICT COURT
District of Maine

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | |
| ALEXANDER MARTINEZ, | ) | No. 2:10-cr-197-GZS |
| | ) | |
| Defendant | ) | |
| | ) | |
| | ) | |

ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on February 14, 2013, his Recommended Decision (ECF No. 40). Defendant filed his Objection to the Recommended Decision (ECF No. 41) on March 4, 2013. The Government filed its Response to Defendant's Objection to the Recommended Decision (ECF No. 43) on March 21, 2013.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2. It is **ORDERED** that the Defendant's Motion to Suppress (ECF No. 29) is hereby **DENIED**.

        /s/George Z. Singal_____
        U.S. District Judge

Dated this 25th day of March, 2013.